IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINET, INC.,<br><br>        Plaintiff,<br>  v.<br><br>TREND MICRO INCORPORATED, et al.,<br><br>        Defendants | No. C-10-0048 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO COMPLY WITH CLERK'S JANUARY 19, 2010 NOTICE; DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPIES OF CERTAIN DOCUMENTS** |

       On February 10, 2010, the above-titled action was reassigned to the undersigned.

       In reviewing the docket, the Court notes that, to date, plaintiff has failed to comply with the Clerk's January 19, 2010 notice, by which notice the Clerk requested plaintiff submit PDF versions of certain documents plaintiff had manually filed. Plaintiff is hereby DIRECTED to comply with said request no later than February 26, 2010.

       Further, the Court notes that plaintiff, on January 6, 2010, filed, in paper form, an administrative motion for leave to file portions of its complaint under seal and a declaration in support thereof, and submitted to the Clerk the proposed unredacted version of its complaint. Upon reassignment, the Court did not receive chambers copies of those documents. Plaintiff is hereby DIRECTED to provide chambers copies of the above-referenced administrative motion and declaration, and a chambers copy of its proposed unredacted complaint, no later than February 26, 2010.

       **IT IS SO ORDERED.**

Dated: February 19, 2010

                                        MAXINE M. CHESNEY
                                        United States District Judge