IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINET, INC., <br><br> Plaintiff, <br> v. <br><br> TREND MICRO INCORPORATED, et al., <br><br> Defendants | No. C-10-0048 MMC <br><br> **ORDER GRANTING ADMINISTRATIVE MOTION REQUESTING LEAVE TO FILE UNDER SEAL PORTIONS OF COMPLAINT** |

Before the Court is plaintiff's Administrative Motion Requesting Leave To File Under Seal Portions Of Plaintiff Fortinet, Inc.'s Complaint For Declaratory Judgment, filed January 6, 2010.[1]

Having read and considered plaintiff's administrative motion, good cause appearing therefrom, the Court hereby GRANTS the motion.

The Clerk is directed to file under seal the unredacted version of the complaint.

**IT IS SO ORDERED.**

Dated: March 1, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] On February 10, 2010, the above-titled action was reassigned to the undersigned.