1  ROBERT D. FRAM (State Bar No. 126750)
      rfram@cov.com
2  SONYA D. WINNER (State Bar No. 200348)
       swinner@cov.com
3  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
4  San Francisco, California  94111
   Telephone:   (415) 591-6000
5  Facsimile:    (415) 591-6091

6  ANDREW C. BYRNES (State Bar No. 191516)
      abyrnes@cov.com
7  COVINGTON & BURLING LLP
   333 Twin Dolphin Drive, Suite 700
8  Redwood Shores, CA 94065
   Telephone:   (650) 632-4701
9  Facsimile:    (650) 632-4801

10 Attorneys for Defendants
   TREND MICRO INCORPORATED, a California corporation,
11 TREND MICRO INCORPORATED, a Japanese corporation, and
   TREND MICRO INCORPORATED, a Taiwanese corporation.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TREND MICRO INCORPORATED, et al.,<br><br>Defendants. | Civil Case No.:  CV 10-0048 MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (1) PORTIONS OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS AND (2) EXHIBIT 8 TO DECLARATION OF ANDREW C. BYRNES IN SUPPORT OF MOTION TO DISMISS**<br><br>AND DIRECTIONS TO DEFENDANTS<br><br>**Date:  April 9, 2010**<br>**Time:  9:00 a.m.**<br>**Location: Courtroom 7, 19th Floor**<br>**Judge: Hon. Maxine M. Chesney** |

Upon consideration of Defendants Trend Micro Incorporated, a California corporation, Trend Micro Incorporated, a Japanese corporation, and Trend Micro Incorporated's, a Taiwanese corporation (collectively, "Trend Micro") Administrative Motion for Leave to File Under Seal (1) portions of Memorandum of Points and Authorities in support of Motion to Dismiss Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (2) Exhibit 8 to Declaration of Andrew C. Byrnes in support of Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1), and good cause appearing as described in the accompanying declaration of Andrew C. Byrnes;

IT IS HEREBY ORDERED that Trend Micro's Administrative Motion IS GRANTED.

Accordingly, the following portions of Trend Micro's Memorandum of Points and Authorities shall be filed under seal:

(a). 5:4-5 (from "Trend" through "infringement");

(b). 10:3-4 (from "is" to "business");

(c). 10:6-7 (from "Trend" to "protected");

(d). 10:8-9 (from "By" to "covenant");

(e). 10:13 (from "Trend" to "customers");

(f). 10:14-15 (from "Trend" to "infringement");

(g). 13:27-28 (from "Trend" through "infringement").

Exhibit 8 to Byrnes Declaration in support of Motion to Dismiss Complaint pursuant to Fed. R. Civ. P. 12(b)(1) shall be filed under seal in its ~~entirety.~~ unredacted form.

Defendants are DIRECTED to file in the public record, no later than March 17, 2010, a redacted version of Exhibit 8 to Byrnes Declaration. (See Case No. 08-5371, Document No. 103, Attachment 3.)

IT IS SO ORDERED.

Dated: March 10, 2010

Honorable Maxine M. Chesney
United States District Judge