Robert D. Fram (Bar No. 126750)
Email: rfram@cov.com
Sonya D. Winner (Bar No. 200348)
Email: swinner@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Andrew C. Byrnes (Bar No. 191516)
Email: abyrnes@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 678-1800
Facsimile: (650) 678-1600

Attorneys for Defendants
TREND MICRO INCORPORATED;
TREND MICRO INCORPORATED; and
TREND MICRO INCORPORATED

Michael A. Ladra (Bar No. 64307)
Email: mladra@wsgr.com
Stefani E. Shanberg (Bar No. 206717)
Email: sshanberg@wsgr.com
Robin L. Brewer (Bar No. 253686)
Email: rbrewer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Plaintiff
FORTINET, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TREND MICRO INCORPORATED, et al.,<br><br>Defendants. | CASE NO.: CV 10-0048 MMC<br><br>**STIPULATED MOTION FOR ORDER (1) VACATING AND RESETTING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, AND (2) CONTINUING LOCAL PATENT RULE DISCLOSURES; AND [PROPOSED] ORDER**<br><br>CONTINUING CASE MANAGEMENT CONFERENCE TO MAY 28, 2010 |

IT IS HEREBY STIPULATED by and between plaintiff Fortinet, Inc. ("Fortinet") and

defendants Trend Micro Incorporated, a California corporation, Trend Micro Incorporated, a

STIPULATED MOTION FOR ORDER (1) VACATING AND
RESETTING CASE MANAGEMENT CONFERENCE AND
ADR DEADLINES, AND (2) CONTINUING LOCAL PATENT
RULE DISCLOSURES; AND [PROPOSED] ORDER
CIVIL CASE NO.: CV 10-0048 MMC

-1-

Japanese Corporation, and Trend Micro Incorporated, a Taiwanese corporation (collectively, "Trend Micro"), by and through their counsel of record, as follows:

WHEREAS, on January 6, 2010, Fortinet filed a Complaint for Declaratory Judgment ("Complaint") against Trend Micro;

WHEREAS, on January 22, 2010, Fortinet and Trend Micro filed a Joint Stipulation extending until March 2, 2010, Trend Micro's time to respond to the Complaint;

WHEREAS, on March 2, 2010, Trend Micro filed a Motion to Dismiss the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure ("Motion to Dismiss");

WHEREAS, the Motion to Dismiss is set for hearing on April 9, 2010;

WHEREAS, on January 6, 2010, an Order Setting Initial Case Management Conference and ADR Deadlines was issued by Magistrate Judge LaPorte in this case;

WHEREAS, on February 9, 2010, the case was reassigned to this Court. In its February 9, 2010 Related Case Order, this Court vacated the previously scheduled Initial Case Management Conference, but stated that any deadlines set by the ADR Local Rules remain in effect;

WHEREAS, on February 22, 2010, this Court issued a Case Management Conference Order, setting the initial Case Management Conference in this action for April 16, 2010.

WHEREAS, pursuant to this Court's February 9, 2010 Related Case Order stating that any deadlines set by the ADR Local Rules remain in effect, March 23, 2010 is the last day for the parties to meet and confer regarding the ADR process selection, to file an ADR Certification, and to file either a Stipulation to the ADR Process or a Notice of Need for an ADR Phone Conference;

WHEREAS, the holding of the initial Case Management Conference will trigger deadlines under the Local Patent Rules for the parties to begin making their respective Patent Disclosures;

1     WHEREAS, the Parties have met and conferred and jointly believe that the deadlines in this case should be modified to allow a ruling on Trend Micro's Motion to Dismiss prior to proceeding and, therefore, request the Court:

(1)    vacate the initial Case Management Conference currently scheduled for April 16, 2010, and reset the initial Case Management Conference after the Court rules on Trend Micro's Motion to Dismiss;

(2)    vacate the March 23, 2010 ADR deadlines and reset them, along with the Rule 26-related deadlines, in an Order Resetting the Initial Case Management Conference issued after the Court rules on Trend Micro's Motion to Dismiss; and

(3)    order that the parties' obligations to begin making their respective Patent Disclosures under the Local Patent Rules are continued until after the Court holds the Initial Case Management Conference, as contemplated above and in the Patent Local Rules.

    WHEREAS, there is no schedule set in this case beyond the dates set for the ADR deadlines, the initial Case Management Conference, and the hearing on Trend Micro's Motion to Dismiss, therefore, this Stipulated Motion will not impact the schedule in this case after those dates;

    NOW THEREFORE, the Parties, by and through their undersigned counsel and pursuant to the above stipulations, hereby jointly move the Court for an Order:

(1)    vacating the ADR deadlines currently scheduled for March 23, 2010, and the initial Case Management Conference currently scheduled for April 16, 2010;

(2)    resetting the ADR deadlines, the initial Case Management Conference, and the deadlines for the parties to meet and confer regarding initial disclosures and discovery plan, to file a Rule 26(f) Report, to complete initial disclosures, and to file a Joint Case Management Statement, in an Order that the Court will issue if the Court denies Trend Micro's Motion to Dismiss; and

STIPULATED MOTION FOR ORDER (1) VACATING AND RESETTING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, AND (2) CONTINUING LOCAL PATENT RULE DISCLOSURES; AND [PROPOSED] ORDER
CIVIL CASE NO.: CV 10-0048 MMC

-3-

(3) providing that the parties' obligations to begin making their respective Patent Disclosures under the Local Patent Rules shall begin after the Court holds the Initial Case Management Conference, as contemplated above and in the Patent Local Rules.

Dated: March 15, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Stefani E. Shanberg
     Stefani E. Shanberg

Attorneys for Plaintiff
FORTINET, INC.

Dated: March 15, 2010

COVINGTON & BURLING LLP

By: /s/ Andrew C. Byrnes
     Andrew C. Byrnes

Attorneys for Defendants
TREND MICRO INCORPORATED;
TREND MICRO INCORPORATED;
and TREND MICRO INCORPORATED

PURSUANT TO THE PARTIES' STIPULATED MOTION, IT IS SO ORDERED, with the exception that the Case Management Conference is CONTINUED to May 28, 2010.

Dated: ~~March 15, 2010~~
      March 18, 2010

The Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION FOR ORDER (1) VACATING AND RESETTING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, AND (2) CONTINUING LOCAL PATENT RULE DISCLOSURES; AND [PROPOSED] ORDER
CIVIL CASE NO.: CV 10-0048 MMC

-4-