ROBERT D. FRAM (State Bar No. 126750)
   rfram@cov.com
SONYA D. WINNER (State Bar No. 200348)
   swinner@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ANDREW C. BYRNES (State Bar No. 191516)
   abyrnes@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4701
Facsimile: (650) 632-4801

Attorneys for Defendants
TREND MICRO INCORPORATED, a California corporation,
TREND MICRO INCORPORATED, a Japanese corporation, and
TREND MICRO INCORPORATED, a Taiwanese corporation.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TREND MICRO INCORPORATED, et al.,<br><br>    Defendants. | Civil Case No.: CV 10-0048 MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (1) PORTIONS OF REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND (2) EXHIBIT B TO SUPPLEMENTAL DECLARATION OF ANDREW C. BYRNES IN SUPPORT OF MOTION TO DISMISS**<br><br>*[Submitted in connection with Defendants' Reply in Support of Motion to Dismiss Complaint Pursuant to Rule 12(b)(1)]*<br><br>~~Date: April 9, 2010~~<br>**Time: 9:00 a.m.**<br>**Location: Courtroom 7, 19th Floor**<br>**Judge: Hon. Maxine M. Chesney** |

1   Upon consideration of Defendants Trend Micro Incorporated, a California corporation, Trend Micro Incorporated, a Japanese corporation, and Trend Micro Incorporated, a Taiwanese corporation (collectively "Trend Micro") Administrative Motion for Leave to File Under Seal (1) portions of Trend Micro's Reply Memorandum in support of Defendants' Motion to Dismiss Fortinet's Complaint, and (2) Exhibit B to the Supplemental Declaration of Andrew C. Byrnes in support of Defendants' Motion to Dismiss Fortinet's Complaint ("Supplemental Byrnes Declaration").

IT IS HEREBY ORDERED that Defendants' Administrative Motion is GRANTED. Accordingly, the following portions of Trend Micro's Reply Memorandum shall be filed under seal:

(a).  8:2 (from "does" through "customers")

(b).  8:16-18, second column (from "Trend" through "protected");

(c).  8:19-20, second column (from "Trend" to "customers");

(d).  8:21-22, second column (from "Trend" to "infringement");

(e).  8:23-24, second column (from "By" to "covenant");

(f).  9:1-2, second column (from "it" to "business").

Exhibit B to the Supplemental Byrnes Declaration shall be filed under seal in its ~~entirety.~~ unredacted form.

Defendants are DIRECTED to file in the public record, no later than April 5, 2010, a redacted version of Exhibit B to the Supplemental Byrnes Declaration. (See Case No. 08-5371, Document No. 92.)

IT IS SO ORDERED.

DATED: __March 31__, 2010

_/s/ Maxine M. Chesney_
The Hon. Maxine M. Chesney
United States District Judge
Northern District of California