1  MICHAEL A. LADRA, State Bar No. 64307
       Email: mladra@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
       Email: sshanberg@wsgr.com
3  ROBIN L. BREWER, State Bar No. 253686
       Email: rbrewer@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, California 94304-1050
6  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100

7

   Attorneys for Plaintiff
8  FORTINET, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a Delaware corporation, | CASE NO.: CV 10-0048 MMC |
| Plaintiff, | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION REQUESTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBIT A TO STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE CORRECTED COMPLAINT |
| v. | |
| TREND MICRO INCORPORATED, a California corporation, TREND MICRO INCORPORATED, a Japanese corporation, and TREND MICRO INCORPORATED, a Taiwanese corporation, | |
| Defendants. | AND DIRECTIONS TO PLAINTIFF |

Having considered Plaintiff Fortinet, Inc.'s Administrative Motion Requesting Leave to File Under Seal Portions of Exhibit A to Stipulation and [Proposed] Order for Leave to File Corrected Complaint ("Exhibit A") pursuant to Civil Local Rules 7-11 and 79-5(c) and good cause appearing:

IT IS HEREBY ORDERED that Fortinet's administrative motion is GRANTED.

Accordingly, the following portions of Exhibit A are filed under seal:

a) 4:21-5:1 (following "Trend Micro Japan..." through "…by this Agreement'");

b) 5:24 (the last word of the sentence).

Plaintiff is hereby DIRECTED to file in the public record, no later than April 14, 2010, a redacted version of Exhibit A.

IT IS SO ORDERED

Dated: April 9, 2010

_____
The Honorable Maxine M. Chesney
United States District Court Judge

Presented by:

WILSON SONSINI GOODRICH & ROSATI

/s/ Stefani E. Shanberg
Stefani E. Shanberg

Attorneys for Plaintiff
FORTINET, INC.