1  MICHAEL A. LADRA, State Bar No. 64307
       Email: mladra@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
       Email: sshanberg@wsgr.com
3  ROBIN L. BREWER, State Bar No. 253686
       Email: rbrewer@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, California 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7
   Attorneys for Plaintiff
8  FORTINET, INC.

9

10                        **UNITED STATES DISTRICT COURT**

11                       **NORTHERN DISTRICT OF CALIFORNIA**

                            **SAN FRANCISCO DIVISION**
12

13  FORTINET, INC., a Delaware corporation,        )   CASE NO.:  CV 10-0048 MMC
                                                    )
14                 Plaintiff,                       )   [~~PROPOSED~~] **ORDER GRANTING**
                                                    )   **ADMINISTRATIVE MOTION**
15         v.                                       )   **REQUESTING LEAVE TO FILE**
                                                    )   **UNDER SEAL PORTIONS OF**
16  TREND MICRO INCORPORATED, a                     )   **EXHIBIT A TO STIPULATION AND**
   California corporation, TREND MICRO              )   **[PROPOSED] ORDER FOR LEAVE**
17  INCORPORATED, a Japanese corporation, and       )   **TO FILE CORRECTED COMPLAINT**
   TREND MICRO INCORPORATED, a                      )
18  Taiwanese corporation,                          )
                                                    )    AND DIRECTIONS TO PLAINTIFF
19                 Defendants.                       )
                                                    )
20  _____       )

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING                                          3930069_1.DOC
ADMINISTRATIVE MOTION
CASE NO.:  CV 10-0048 MMC

1    Having considered Plaintiff Fortinet, Inc.'s Administrative Motion Requesting Leave to

2    File Under Seal Portions of Exhibit A to Stipulation and [Proposed] Order for Leave to File

3    Corrected Complaint ("Exhibit A") pursuant to Civil Local Rules 7-11 and 79-5(c) and good

4    cause appearing:

5        IT IS HEREBY ORDERED that Fortinet's administrative motion is GRANTED.

6        Accordingly, the following portions of Exhibit A are filed under seal:

7            a)  4:21-5:1 (following "Trend Micro Japan..." through "…by this Agreement'");

8            b)  5:24 (the last word of the sentence).

9        Plaintiff is hereby DIRECTED to file in the public record, no later than April 14, 2010, a
     redacted version of Exhibit A.

10        IT IS SO ORDERED

11

12   Dated:   _____April 9, 2010_____

13                                              The Honorable Maxine M. Chesney
                                                United States District Court Judge

14

15   Presented by:

16   WILSON SONSINI GOODRICH & ROSATI

17    /s/ Stefani E. Shanberg
     Stefani E. Shanberg
18

19   Attorneys for Plaintiff
     FORTINET, INC.

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING                    - 1 -                    3930069_1.DOC
ADMINISTRATIVE MOTION
CASE NO.:  CV 10-0048 MMC