1   ROBERT D. FRAM (State Bar No. 126750)
        rfram@cov.com
2   SONYA D. WINNER (State Bar No. 200348)
        swinner@cov.com
3   COVINGTON & BURLING LLP
    One Front Street, 35th Floor
4   San Francisco, California 94111
    Telephone:   (415) 591-6000
5   Facsimile:    (415) 591-6091

6   ANDREW C. BYRNES (State Bar No. 191516)
        abyrnes@cov.com
7   COVINGTON & BURLING LLP
    333 Twin Dolphin Drive, Suite 700
8   Redwood Shores, CA 94065
    Telephone:   (650) 632-4701
9   Facsimile:    (650) 632-4801

10  Attorneys for Defendants
    TREND MICRO INCORPORATED, a California corporation,
11  TREND MICRO INCORPORATED, a Japanese corporation, and
    TREND MICRO INCORPORATED, a Taiwanese corporation.

12

13                  UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16
    FORTINET, INC., a Delaware corporation,        Civil Case No.:  CV 10-0048 MMC
17
                    Plaintiff,                     DIRECTIONS TO DEFENDANTS AND
18
            v.                                     [PROPOSED] ORDER GRANTING
                                                   DEFENDANTS' ADMINISTRATIVE
19                                                 MOTION TO FILE UNDER SEAL (1)
    TREND MICRO INCORPORATED, et al.,              PORTIONS OF MEMORANDUM OF
20                                                 POINTS AND AUTHORITIES IN
                    Defendants.                    SUPPORT OF MOTION FOR
21                                                 SANCTIONS, (2) EXHIBITS 8 AND 19
                                                   TO DECLARATION OF ANDREW C.
22                                                 BYRNES IN SUPPORT OF MOTION
                                                   FOR SANCTIONS, AND (3) EXHIBIT
23                                                 2 TO DECLARATION OF ROBERT
                                                   D. FRAM IN SUPPORT OF MOTION
24                                                 FOR SANCTIONS

25                                                 [Submitted in connection with Defendants'
                                                   Motion for Sanctions]
26
                                                   Date:  May 14, 2010
27                                                 Time:  9:00 a.m.
                                                   Location: Courtroom 7, 19th Floor
28                                                 Judge: Hon. Maxine M. Chesney

Upon consideration of Defendants Trend Micro Incorporated, a California corporation, Trend Micro Incorporated, a Japanese corporation, and Trend Micro Incorporated, a Taiwanese corporation (collectively "Trend Micro") Administrative Motion for Leave to File Under Seal (1) portions of Trend Micro's Memorandum of Points and Authorities in support of its Motion for Sanctions, (2) Exhibits 8 and 19 to the Declaration of Andrew C. Byrnes in support of Defendants' Motion for Sanctions ("Byrnes Declaration"), and (3) Exhibit 2 to the Declaration of Robert D. Fram in support of Defendants' Motion for Sanctions ("Fram Declaration")

IT IS HEREBY ORDERED that Trend Micro's Administrative Motion is GRANTED. Accordingly, the following portions of Trend Micro's Memorandum of Points and Authorities in support of its Motion for Sanctions shall be filed under seal:

        (a).  2:8-9 (from "Trend" through "infringement");

        (b).  2:10-12 (from "[b]y" through "covenant");

        (c).  3:3-4 (from "Trend" to "infringement");

        (d).  5:23-24 (from "Trend" to "infringement");

        (e).  5:25-26 (from "[b]y" to "covenant");

        (f).  8:5-6 (from "By" to "covenant");

        (g).  10:8-9 (from "Trend" to "protected");

        (h).  10:10-11 (from "By" to "covenant");

        (i).  10:15 (from "Trend" to "customers");

        (j).  10:17-18 (from "Trend" to "infringement");

        (k).  10:21 (from "it" to "business").

Exhibits 8 and 19 to the Byrnes Declaration, and Exhibit 2 to the Fram Declaration, shall be filed under seal in their ~~entirety.~~ unredacted form. Defendants are DIRECTED to file in the public record, no later than April 14, 2010, redacted versions of Exhibits 8 and 19 to the Byrnes Declaration and of Exhibit 2 to the Fram Declaration.

IT IS SO ORDERED.

DATED: __April 9_____, 2010

The Hon. Maxine M. Chesney
United States District Judge
Northern District of California