ROBERT D. FRAM (State Bar No. 126750)
   rfram@cov.com
SONYA D. WINNER (State Bar No. 200348)
   swinner@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Telephone:   (415) 591-6000
Facsimile:   (415) 591-6091

ANDREW C. BYRNES (State Bar No. 191516)
   abyrnes@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone:   (650) 632-4701
Facsimile:   (650) 632-4801

Attorneys for Defendants
TREND MICRO INCORPORATED, a California corporation,
TREND MICRO INCORPORATED, a Japanese corporation, and
TREND MICRO INCORPORATED, a Taiwanese corporation.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>TREND MICRO INCORPORATED, et al.,<br><br>    Defendants. | Civil Case No.:  CV 10-0048 MMC<br><br>DIRECTIONS TO DEFENDANTS AND [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (1) PORTIONS OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SANCTIONS, (2) EXHIBITS 8 AND 19 TO DECLARATION OF ANDREW C. BYRNES IN SUPPORT OF MOTION FOR SANCTIONS, AND (3) EXHIBIT 2 TO DECLARATION OF ROBERT D. FRAM IN SUPPORT OF MOTION FOR SANCTIONS<br><br>*[Submitted in connection with Defendants' Motion for Sanctions]*<br><br><s>Date:  May 14, 2010</s><br><s>Time:  9:00 a.m.</s><br>Location: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

1    Upon consideration of Defendants Trend Micro Incorporated, a California corporation,
2    Trend Micro Incorporated, a Japanese corporation, and Trend Micro Incorporated, a Taiwanese
3    corporation (collectively "Trend Micro") Administrative Motion for Leave to File Under Seal
4    (1) portions of Trend Micro's Memorandum of Points and Authorities in support of its Motion
5    for Sanctions, (2) Exhibits 8 and 19 to the Declaration of Andrew C. Byrnes in support of
6    Defendants' Motion for Sanctions ("Byrnes Declaration"), and (3) Exhibit 2 to the Declaration
7    of Robert D. Fram in support of Defendants' Motion for Sanctions ("Fram Declaration")

8    IT IS HEREBY ORDERED that Trend Micro's Administrative Motion is GRANTED.
9    Accordingly, the following portions of Trend Micro's Memorandum of Points and Authorities
10   in support of its Motion for Sanctions shall be filed under seal:

11   (a).  2:8-9 (from "Trend" through "infringement");
12   (b).  2:10-12 (from "[b]y" through "covenant");
13   (c).  3:3-4 (from "Trend" to "infringement");
14   (d).  5:23-24 (from "Trend" to "infringement");
15   (e).  5:25-26 (from "[b]y" to "covenant");
16   (f).  8:5-6 (from "By" to "covenant");
17   (g).  10:8-9 (from "Trend" to "protected");
18   (h).  10:10-11 (from "By" to "covenant");
19   (i).  10:15 (from "Trend" to "customers");
20   (j).  10:17-18 (from "Trend" to "infringement");
21   (k).  10:21 (from "it" to "business").

22   Exhibits 8 and 19 to the Byrnes Declaration, and Exhibit 2 to the Fram Declaration, shall
23   be filed under seal in their ~~entirety.~~ unredacted form.  Defendants are DIRECTED to file in the
     public record, no later than April 14, 2010, redacted versions of Exhibits 8 and 19 to the Byrnes
24   Declaration and of Exhibit 2 to the Fram Declaration.

25   IT IS SO ORDERED.

26   DATED: __April 9_____, 2010                    _____
27                                                   The Hon. Maxine M. Chesney
                                                     United States District Judge
28                                                   Northern District of California

[PROPOSED] ORDER GRANTING DEFENDANTS'              2
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Civil Case No.: CV 10-0048 MMC