| | |
|---|---|
| 1  MICHAEL A. LADRA (Bar No. 64037) | ROBERT D. FRAM (Bar No. 126750) |
|    Email: mladra@wsgr.com |    Email: rfram@cov.com |
| 2  STEFANI E. SHANBERG (Bar No. 206717) | SONYA D. WINNER (Bar No. 200348) |
|    Email: sshanberg@wsgr.com |    Email: swinner@cov.com |
| 3  ROBIN L. BREWER (Bar No. 253686) | COVINGTON & BURLING LLP |
|    Email: rbrewer@wsgr.com | One Front Street |
| 4  WILSON SONSINI GOODRICH & ROSATI | San Francisco, CA 94111 |
|    Professional Corporation | Telephone:  (415) 591-6000 |
| 5  650 Page Mill Road | Facsimile:   (415) 591-6091 |
|    Palo Alto, CA 94304-1050 | |
| 6  Telephone: (650) 493-9300 | ANDREW C. BYRNES (Bar No. 191516) |
|    Facsimile: (650) 565-5100 |    Email: abyrnes@cov.com |
| 7 | COVINGTON & BURLING LLP |
|    Attorneys for Plaintiff | 333 Twin Dolphin Drive, Suite 700 |
| 8  FORTINET, INC. | Redwood Shores, CA 94065 |
| | Telephone:  (650) 632-4701 |
| | Facsimile:   (650) 632-4801 |

Attorneys for Defendants TREND MICRO INCORPORATED, a California corporation, TREND MICRO INCORPORATED, a Japanese corporation, and TREND MICRO INCORPORATED, a Taiwanese corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TREND MICRO INCORPORATED, a California corporation, TREND MICRO INCORPORATED, a Japanese corporation, and TREND MICRO INCORPORATED, a Taiwanese corporation,<br><br>Defendants. | CASE NO.: CV 10-0048 MMC<br><br>**STIPULATED NOTICE OF CONTINUANCE OF HEARING DATE ON DEFENDANTS' MOTION FOR SANCTIONS [CURRENTLY NOTICED FOR MAY 14] AND [PROPOSED] ORDER**<br><br>CONTINUING HEARING TO JUNE 25, 2010 |

WHEREAS Plaintiff Fortinet, Inc. ("Fortinet") and Defendants Trend Micro Incorporated, a California corporation ("Trend Micro U.S."), Trend Micro Incorporated, a Japanese corporation ("Trend Micro Japan"), and Trend Micro Incorporated, a Taiwanese corporation ("Trend Micro Taiwan") (collectively "Trend Micro") have agreed to a continuance

pursuant to Local Rule 7-7 of the hearing date, and related briefing schedule, for Defendants' Motion for Sanctions;

WHEREAS no opposition has been filed;

WHEREAS the parties believe it will conserve judicial and party resources for this motion to be heard after the motion to dismiss has been decided in this matter; and

WHEREAS the Court has reset the hearing date for the Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) for May 14, 2010, the current hearing date for Defendants' Motion for Sanctions.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel undersigned, that:

The hearing on Defendants' Motion for Sanctions shall be continued to 30 days after an order on the Motion to Dismiss.

Dated: April 9, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Stefani E. Shanberg
    Stefani E. Shanberg

Attorneys for Plaintiff
FORTINET, INC.

Dated: April 9, 2010

COVINGTON & BURLING LLP

By: /s/ Andrew C. Byrnes
    Andrew C. Byrnes

Attorneys for Defendants
TREND MICRO INCORPORATED, a California corporation, TREND MICRO INCORPORATED, a Japanese corporation, and TREND MICRO INCORPORATED, a Taiwanese corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** with the exception that the hearing on the motion for sanctions is CONTINUED to June 25, 2010.

DATED: April 13, 2010

The Honorable Maxine M. Chesney