| | |
|---|---|
| MICHAEL A. LADRA (Bar No. 64037)<br>  Email: mladra@wsgr.com<br>STEFANI E. SHANBERG (Bar No. 206717)<br>  Email: sshanberg@wsgr.com<br>ROBIN L. BREWER (Bar No. 253686)<br>  Email: rbrewer@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>Attorneys for Plaintiff<br>FORTINET, INC. | ROBERT D. FRAM (Bar No. 126750)<br>  Email: rfram@cov.com<br>SONYA D. WINNER (Bar No. 200348)<br>  Email: swinner@cov.com<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111<br>Telephone:    (415) 591-6000<br>Facsimile:     (415) 591-6091<br><br>ANDREW C. BYRNES (Bar No. 191516)<br>  Email: abyrnes@cov.com<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone:    (650) 632-4701<br>Facsimile:     (650) 632-4801<br><br>Attorneys for Defendants TREND MICRO INCORPORATED, a California corporation, TREND MICRO INCORPORATED, a Japanese corporation, and TREND MICRO INCORPORATED, a Taiwanese corporation |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TREND MICRO INCORPORATED, a California corporation, TREND MICRO INCORPORATED, a Japanese corporation, and TREND MICRO INCORPORATED, a Taiwanese corporation,<br><br>Defendants. | CASE NO.: CV 10-0048 MMC<br><br>**STIPULATED NOTICE OF CONTINUANCE OF HEARING DATE ON DEFENDANTS' MOTION FOR SANCTIONS [CURRENTLY NOTICED FOR MAY 14] AND [PROPOSED] ORDER**<br><br>CONTINUING HEARING TO JUNE 25, 2010 |

        WHEREAS Plaintiff Fortinet, Inc. ("Fortinet") and Defendants Trend Micro Incorporated, a California corporation ("Trend Micro U.S."), Trend Micro Incorporated, a Japanese corporation ("Trend Micro Japan"), and Trend Micro Incorporated, a Taiwanese corporation ("Trend Micro Taiwan") (collectively "Trend Micro") have agreed to a continuance

1  pursuant to Local Rule 7-7 of the hearing date, and related briefing schedule, for Defendants'
2  Motion for Sanctions;
3        WHEREAS no opposition has been filed;
4        WHEREAS the parties believe it will conserve judicial and party resources for this
5  motion to be heard after the motion to dismiss has been decided in this matter; and
6        WHEREAS the Court has reset the hearing date for the Motion to Dismiss Complaint
7  Pursuant to Fed. R. Civ. P. 12(b)(1) for May 14, 2010, the current hearing date for Defendants'
8  Motion for Sanctions.
9        IT IS HEREBY STIPULATED by and between the parties, through their respective
10 counsel undersigned, that:
11       The hearing on Defendants' Motion for Sanctions shall be continued to 30 days after an
12 order on the Motion to Dismiss.

14 Dated: April 9, 2010         WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation

                                By:   /s/ Stefani E. Shanberg
16                                    Stefani E. Shanberg

17                              Attorneys for Plaintiff
                                FORTINET, INC.

18 Dated: April 9, 2010         COVINGTON & BURLING LLP

                                By:   /s/ Andrew C. Byrnes
20                                    Andrew C. Byrnes

21                              Attorneys for Defendants
                                TREND MICRO INCORPORATED, a
22                              California corporation, TREND MICRO
                                INCORPORATED, a Japanese corporation,
23                              and TREND MICRO INCORPORATED, a
                                Taiwanese corporation

25 **PURSUANT TO STIPULATION, IT IS SO ORDERED,** with the exception that the hearing
   on the motion for sanctions is CONTINUED to June 25, 2010.

26 DATED:  _April 13, 2010_____
                                      _____
27                                    The Honorable Maxine M. Chesney