.
| | |
|---|---|
| Robert D. Fram (Bar No. 126750)<br>Email: rfram@cov.com<br>Sonya D. Winner (Bar No. 200348)<br>Email: swinner@cov.com<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br><br>Andrew C. Byrnes (Bar No. 191516)<br>Email: abyrnes@cov.com<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: (650) 678-1800<br>Facsimile: (650) 678-1600<br><br>Attorneys for Defendants<br>TREND MICRO INCORPORATED (a California corporation); TREND MICRO INCORPORATED (a Japanese corporation); and TREND MICRO INCORPORATED (a Taiwanese corporation) | Michael A. Ladra (Bar No. 64307)<br>Email: mladra@wsgr.com<br>Stefani E. Shanberg (Bar No. 206717)<br>Email: sshanberg@wsgr.com<br>Robin L. Brewer (Bar No. 253686)<br>Email: rbrewer@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811<br><br>Attorneys for Plaintiff<br>FORTINET, INC. |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>TREND MICRO INCORPORATED, et al.,<br><br>　　　　Defendants. | Civil Case No.: CV 10-0048 MMC<br><br>**SECOND STIPULATED MOTION FOR ORDER (1) VACATING AND RESETTING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, AND (2) CONTINUING LOCAL PATENT RULE DISCLOSURES; AND [PROPOSED] ORDER** |

1   IT IS HEREBY STIPULATED by and between plaintiff Fortinet, Inc. ("Fortinet") and
2   defendants Trend Micro Incorporated, a California corporation, Trend Micro Incorporated, a
3   Japanese Corporation, and Trend Micro Incorporated, a Taiwanese corporation (collectively,
4   "Trend Micro"), by and through their counsel of record, as follows:

5   WHEREAS, on March 2, 2010, Trend Micro filed a Motion to Dismiss the Complaint
6   pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure ("Motion to Dismiss");

7   WHEREAS, on March 15, 2010, the parties filed a Stipulated Motion for Order (1)
8   Vacating and Resetting Case Management Conference and ADR Deadlines, and (2)
9   Continuing Local Patent Rule Disclosures ("Stipulated Motion"), which provided that the
10  Case Management Conference and related deadlines and disclosures would occur after the
11  Court's ruling on the Motion to Dismiss;

12  WHEREAS, on March 18, 2010, this Court granted the Stipulated Order except that
13  the Case Management Conference was continued to May 28, 2010;

14  WHEREAS, on April 7, 2010, this Court issued an Order setting a schedule for
15  supplemental briefing and continuing the hearing on the Motion to Dismiss to May 14, 2010;

16  WHEREAS, under the current schedule, the parties must meet and confer pursuant to
17  Federal Rule of Civil Procedure 26(f) no later than May 7, 2010, prior to the date set for the
18  hearing on the Motion to Dismiss;

19  WHEREAS, the Parties have met and conferred and jointly believe that the ruling on
20  Trend Micro's Motion to Dismiss will clarify the matters at issue and the proper scope of
21  discovery in this case, if any, and thus it will be more efficient and productive for the Court
22  to:

23  (1)  vacate the initial Case Management Conference currently scheduled for May 28,
24  2010, and reset the Initial Case Management Conference for 30 days after the Court rules on
25  Trend Micro's Motion to Dismiss, if the Court denies the Motion to Dismiss;

28  SECOND STIPULATED MOTION FOR ORDER (1)         2
VACATING AND RESETTING CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES, AND (2)
CONTINUING LOCAL PATENT RULE DISCLOSURES;
AND [PROPOSED] ORDER
Civil Case No.: CV 10-0048 MMC

1  (2) reset the ADR and Rule 26-related deadlines in an Order Resetting the Initial Case Management Conference issued after the Court rules on Trend Micro's Motion to Dismiss; and

(3) order that the parties' obligations to begin making their respective Patent Disclosures under the Local Patent Rules are continued until after the Court holds the initial Case Management Conference, as contemplated above and in the Patent Local Rules.

WHEREAS, there is no schedule set in this case beyond the dates set for the initial Case Management Conference and further briefing and the hearing on Trend Micro's Motion to Dismiss, therefore, this Stipulated Motion will not impact the schedule in this case after those dates;

NOW THEREFORE, the Parties, by and through their undersigned counsel and pursuant to the above stipulations, hereby jointly move the Court for an Order:

(1) vacating the Initial Case Management Conference currently scheduled for May 28, 2010, and resetting the Initial Case Management Conference for 30 days after the Court rules on Trend Micro's Motion to Dismiss, if the Court denies the Motion to Dismiss;

(2) resetting the ADR deadlines and the deadlines for the parties to meet and confer regarding initial disclosures and discovery plan, to file a Rule 26(f) Report, to complete initial disclosures, and to file a Joint Case Management Statement, in an Order that the Court will issue if the Court denies Trend Micro's Motion to Dismiss; and

(3) providing that the parties' obligations to begin making their respective Patent Disclosures under the Local Patent Rules shall begin after the Court holds the Initial Case Management Conference, as contemplated above and in the Patent Local Rules.

SECOND STIPULATED MOTION FOR ORDER (1) VACATING AND RESETTING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, AND (2) CONTINUING LOCAL PATENT RULE DISCLOSURES; AND [PROPOSED] ORDER
Civil Case No.: CV 10-0048 MMC

3

| | |
|---|---|
| DATED: April 12, 2010 | WILSON SONSINI GOODRICH & ROSATI |

By:  /s/ *Stefani E. Shanberg*
Stefani E. Shanberg
Attorneys for Plaintiff FORTINET, INC.

| | |
|---|---|
| DATED: April 12, 2010 | COVINGTON & BURLING LLP |

By:  /s/ *Andrew C. Byrnes*
Andrew C. Byrnes
Attorneys for Defendants
TREND MICRO INCORPORATED (a California corporation); TREND MICRO INCORPORATED (a Japanese corporation); and TREND MICRO INCORPORATED (a Taiwanese corporation)

PURSUANT TO THE PARTIES' STIPULATED MOTION, IT IS SO ORDERED.

DATED: April 13, 2010

_____
The Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE

SECOND STIPULATED MOTION FOR ORDER (1) VACATING AND RESETTING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, AND (2) CONTINUING LOCAL PATENT RULE DISCLOSURES; AND [PROPOSED] ORDER
Civil Case No.: CV 10-0048 MMC

4