IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINET, INC.,<br><br>　　　　Plaintiff,<br>　v.<br>TREND MICRO INCORPORATED, et al.,<br><br>　　　　Defendants<br>　　　　　　　　　　　　　　　　　　／ | No. C-10-0048 MMC<br><br>**ORDER APPROVING STIPULATION FOR LEAVE TO FILE CORRECTED COMPLAINT; DIRECTIONS TO PARTIES** |

　　　　Before the Court is the parties' stipulation, filed April 5, 2010, to allow plaintiff to file a Corrected Complaint.

　　　　Good cause appearing, the stipulation is hereby APPROVED.

　　　　Plaintiff shall file its Corrected Complaint no later than April 30, 2010.

　　　　Unless the Court, no later than May 7, 2010, receives written notice of the parties' intent to the contrary, the Court will deem applicable to the Corrected Complaint the papers filed in support of and in opposition to defendants' motion to dismiss the initial complaint.

　　　　**IT IS SO ORDERED.**

Dated: April 20, 2010

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge