MICHAEL A. LADRA, State Bar No. 64307
    Email: mladra@wsgr.com
STEFANI E. SHANBERG, State Bar No. 206717
    Email: sshanberg@wsgr.com
ROBIN L. BREWER, State Bar No. 253686
    Email: rbrewer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Plaintiff
FORTINET, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a Delaware corporation, | CASE NO.:  CV 10-0048 MMC |
| Plaintiff, | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION REQUESTING LEAVE TO FILE UNDER SEAL PORTIONS OF FORTINET, INC.'S CORRECTED COMPLAINT FOR DECLARATORY JUDGMENT |
| v. | |
| TREND MICRO INCORPORATED, a California corporation, TREND MICRO INCORPORATED, a Japanese corporation, and TREND MICRO INCORPORATED, a Taiwanese corporation, | |
| Defendants. | AND DIRECTIONS TO CLERK |

1    Having considered Plaintiff Fortinet, Inc.'s Administrative Motion Requesting Leave to
2    File Under Seal Portions of Fortinet, Inc.'s Corrected Complaint for Declaratory Judgment
3    ("Corrected Complaint") pursuant to Civil Local Rules 7-11 and 79-5(c) and good cause
4    appearing:
5    IT IS HEREBY ORDERED that Fortinet's administrative motion is GRANTED.
6    Accordingly, the following portions of Fortinet's Corrected Complaint are filed under
7    seal:
8    a)  4:21-5:1 (following "Trend Micro Japan..." through "…by this Agreement'");
9    b)  5:24 (the last word of the sentence).
10   The Clerk is directed to file under seal the unredacted version of the Corrected Complaint.
11   IT IS SO ORDERED

13   Dated:    April 27, 2010
              _____
              The Honorable Maxine M. Chesney
              United States District Court Judge

16   Presented by:

17   WILSON SONSINI GOODRICH & ROSATI

18   /s/ Stefani E. Shanberg
     Stefani E. Shanberg
19

20   Attorneys for Plaintiff
     FORTINET, INC.

[PROPOSED] ORDER GRANTING         - 1 -                                    3955603_1.DOC
ADMINISTRATIVE MOTION
CASE NO.: CV 10-0048 MMC