IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINET, INC., <br><br> Plaintiff, <br> v. <br><br> TREND MICRO INCORPORATED, et al., <br><br> Defendants <br> _____/ | No. C-10-0048 MMC <br><br> **ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR SANCTIONS; VACATING JUNE 25, 2010 HEARING** |

By order filed May 12, 2010, the Court stayed the instant action pending the conclusion of proceedings in Trend Micro Inc. v. Fortinet, Inc., Civil Case No. 1-09-CV-149262, pending in the Superior Court of the State of California, in and for the County of Santa Clara.

In light of the stay of proceedings, defendants' Motion for Sanctions, filed April 6, 2010, is hereby DENIED, without prejudice to defendants' renoticing the motion in the event further proceedings are necessary in this action after such stay is lifted. The June 25, 2010 hearing is VACATED.

**IT IS SO ORDERED.**

Dated: June 15, 2010

MAXINE M. CHESNEY
United States District Judge