| | |
|---|---|
| ROBERT D. FRAM (Bar No. 126750)<br>Email: rfram@cov.com<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091 | STEFANI E. SHANBERG (Bar No. 206717)<br>Email: sshanberg@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811 |
| Attorneys for Defendant<br>TREND MICRO INCORPORATED | Attorneys for Plaintiff<br>FORTINET, INC. |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FORTINET, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>TREND MICRO INCORPORATED, a California Corporation,<br><br>    Defendant. | Civil Case No.: C 10-0048 MMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Each party shall bear its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 29, 2011 | WILSON SONSINI GOODRICH & ROSATI |
| 3 | | By:  /s/ Stefani E. Shanberg[1] |
| 4 | | Stefani E. Shanberg<br>Attorneys for Plaintiff<br>FORTINET, INC. |
| 5 | | |
| 6 | DATED: December 29, 2011 | COVINGTON & BURLING LLP |
| 7 | | |
| 8 | | By:  /s/ Robert D. Fram |
| 9 | | Robert D. Fram<br>Attorneys for Defendant<br>TREND MICRO INCORPORATED |

**IT IS SO ORDERED.**

DATED:   January 9, 2012

_____
Hon. Maxine M. Chesney
United States District Court Judge

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory hereto.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL          2
Civil Case No.: C 10-0048 MMC